IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| VS. | NO. 5: 06-MJ-03-01 (CWH) |
| JEFFREY LEON DALE, | **Violation of Conditions of Supervised Release** |
| | **NO. 1:97-CR-006 — E.D. TENNESSEE** |
| Supervised Releasee | |

## ORDER OF TEMPORARY DETENTION AND REMOVAL

**TO: UNITED STATES MARSHAL FOR THE MIDDLE DISTRICT OF GEORGIA**

A warrant having been issued in the EASTERN DISTRICT OF TENNESSEE charging **JEFFREY LEON DALE** with violation of the terms of his sentence of supervised release entered in that district on August 4, 1997, and said supervised releasee having been arrested in the Middle District of Georgia;

At an appearance this day before Claude W. Hicks, Jr., United States Magistrate Judge for the Middle District of Georgia, said supervised releasee was advised of allegations pending against him in the EASTERN DISTRICT OF TENNESSEE and of his legal and constitutional rights. He was represented by Mr. Doye Green, Jr., of the Macon Bar by appointment of the court. Proper documentation was presented to the court and provided to the supervised releasee and counsel. The supervised releasee admitted his identity; therefore, removal to the district of prosecution is appropriate.

Upon consideration of the issue of release from custody, and noting the request for detention made by the government, the court finds that his release from the custody of the United States Marshal at this time is <u>not</u> appropriate under the circumstances of this case. Conditions of release, if appropriate, may be considered by the judicial officer presiding in the EASTERN DISTRICT OF TENNESSEE upon Mr. Dale's appearance in that district, the supervised releasee specifically **reserving his right to a detention hearing** in that district.

Accordingly, YOU ARE HEREBY COMMANDED to **TEMPORARILY DETAIN** the said **JEFFREY LEON DALE** and to **REMOVE** him forthwith to the EASTERN DISTRICT OF TENNESSEE, and there deliver him to the United States Marshal for that District or to such other officer authorized to receive him.

SO ORDERED, this 1st day of MARCH, 2006.



CLAUDE W. HICKS, JR.
UNITED STATES MAGISTRATE JUDGE

### RETURN

_____District of_____

Received the within warrant of removal on the_____day of_____, 2006, and executed same.

_____
DEPUTY U. S. MARSHAL